UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRUSTEES FOR THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, *et al.*, :
:
                Petitioners, :      24 Civ. 8560 (JPC)
:
     -v- :      ORDER
:
BUDD WOODWORK INCORPORATED, :
:
                Respondent. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

       On November 12, 2024, Petitioners filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by December 4, 2024. Respondent's opposition, if any, is due on January 3, 2025. Petitioners' reply, if any, is due January 17, 2025.

       Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than December 4, 2024, and shall file an affidavit of such service with the court no later than December 5, 2024.

       SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                                    _____
                                                        JOHN P. CRONAN
                                                   United States District Judge