**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Petitioners,                24 **CIVIL** 8560 (JPC)

        -against-                         **JUDGMENT**

BUDD WOODWORK INCORPORATED,

                Respondent.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, Petitioners' petition to confirm arbitration is granted. Judgment is entered in favor of Petitioners and against Respondent in the amount of $190,591.31, plus interest from November 15, 2023, accrued at an annual rate of 10.25% until the date of judgment in the amount of $26,654.06 and attorneys' fees in the amount of $1,120 and the costs in the amount of $123. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated**: New York, New York
      March 27, 2025

                                  **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

                     **BY:**
                                      **Deputy Clerk**